1  DEWEY & LeBOEUF LLP
   Dean Hansell (SBN 93831)
2  Ella R. Serrano (SBN 228216)
   333 South Grand Avenue, Suite 2600
3  Los Angeles, CA 90071-1530
   Telephone:  (213) 621-6000
4  Facsimile:   (213) 621-6100
   dhansell@dl.com
5  eserrano@dl.com

6  Attorneys for Defendants
   Zenith Insurance Company and
7  ZNAT Insurance Company

8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, | Hon. David O. Carter |
| Plaintiff, | Case No. SACV09-0242 DOC |
| v. | **STIPULATION EXTENDING THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE INITIAL COMPLAINT** |
| ZENITH INSURANCE COMPANY and ZNAT INSURANCE COMPANY, | |
| Defendants. | |

STIPULATION EXTENDING TIME TO RESPOND

# STIPULATION

This Stipulation is entered into by and among Plaintiff California Pharmacy Management, LLC ("Plaintiff") and Defendants Zenith Insurance Company and ZNAT Insurance Company ("Defendants") by and through their respective undersigned attorneys, and is made with respect to the following facts:

WHEREAS Plaintiff filed the Complaint ("Complaint") in the above-captioned action on February 26, 2009;

WHEREAS the Defendants' response to Plaintiff's Complaint ("Answer") must currently be filed by March 19, 2009; and

WHEREAS pursuant to Local Rule 8-3, Defendants requested and Plaintiff consented to extend, by not more than thirty (30) days, the date by which the Answer must be filed.

NOW THEREFORE, Plaintiff and Defendants hereby STIPULATE AND AGREE as follows:

Defendants shall have up to and including April 9, 2009 within which to file their Answer to the Complaint.

SO STIPULATED.

Dated: March 12, 2009

HOWREY LLP

By: _____
John E. McDermott
Attorneys for Plaintiff
California Pharmacy Management, LLC

Dated: March 12, 2009

DEWEY & LeBOEUF LLP

By: _____
Ella R. Serrano
Attorneys for Defendants
Zenith Insurance Company and
ZNAT Insurance Company

218750

1
STIPULATION EXTENDING TIME TO RESPOND