UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. **SACV09-00242-DOC(FMOx)** <br> SACV09-00141-DOC(ANx) | | Date   November 9, 2009 |
| Title   CALIFORNIA PHARMACY MANAGEMENT LLC v. ZENITH INSURANCE COMPANY, ET. AL. | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Lori Anderson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Terree A. Bowers | Dean Hansell <br> Lary Alan Rappaport |

Proceedings:   SCHEDULING CONFERENCE

The matter is called. Counsel state their appearances. The Court conducts the Scheduling Conference. The Court sets the following case management dates:

| | | |
|---|---|---|
| Discovery Cut-Off | - | 08-06-2010 |
| Motion Cut-Off | - | 11-05-2010 |
| Final Pretrial Conference | - | 01-10-2011 at 8:30 a.m. |
| Jury Trial | - | 01-24-2011 at 8:30 a.m. |
| Trial Estimate | - | 5-8 days |

The parties shall appear before a private mediator for settlement proceedings.

Court ORDERS Case SACV09-00242-DOC(FMOx) and SACV09-00141-DOC(ANx) consolidated for all purposes. All documents shall be now be filed under case number **SACV09-0024**2-**DOC(ANx)** designated as the **LEAD** case.

Pretrial Scheduling Order signed and filed this date.

Any unserved Does/Roes are dismissed at this time.

|  | : | 06 |
|---|---|---|
| | Initials of Preparer | lma |