FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 15 2010
SDM
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, *et al.*<br><br>Defendants. | Case No. SACV 09-0242 DOC (ANx)<br><br>(Consolidated with SAC 09-141 DOC (ANx))<br><br>Honorable David O. Carter<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION OF THE PARTIES TO THE FILING OF CALIFORNIA PHARMACY MANAGEMENT'S FOURTH AMENDED COMPAINT** |

# ~~[PROPOSED]~~ ORDER

Having read and considered the Parties' Stipulation to the Filing of Plaintiff California Pharmacy Management's ("CPM") Fourth Amended Complaint as to the Zenith Defendants, and good cause therefore appearing, it is hereby ORDERED as follows:

1. Zenith's motion to dismiss and motion to strike, filed on May 24, 2010, are hereby taken off-calendar;
2. The July 19, 2010 hearing on Zenith's motion to dismiss is hereby taken off-calendar.
3. CPM shall serve and file its Fourth Amended Complaint as to the Zenith Defendants on or before June 21, 2010;
4. The Zenith Defendants shall serve and file a response to CPM's Fourth Amended Complaint on or before July 22, 2010.

**IT IS SO ORDERED.**

Dated: June 14, 2010

David O. Carter

Honorable David O. Carter
United States District Judge