Terree A. Bowers (SBN 89334)
bowers.terree@arentfox.com
Matthew J. Kitson (SBN 254246)
kitson.matthew@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Donald G. Norris, Bar No. 90000
dnorris@norgallaw.com
NORRIS & GALANTER LLP
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (213) 996-8465
Facsimile: (213) 996-8475

Attorneys for Plaintiff
CALIFORNIA PHARMACY
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, *et al.*<br><br>Defendants. | Case No. SACV 09-0242 DOC (ANx)<br><br>(Consolidated with SAC 09-141 DOC (ANx))<br><br>Honorable David O. Carter<br><br>**STIPULATION OF THE PARTIES TO THE FILING OF CALIFORNIA PHARMACY MANAGEMENT'S FIFTH AMENDED COMPAINT; [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** |

## GOOD CAUSE STATEMENT

**WHEREAS**, on April 12, 2010, Plaintiff California Pharmacy Management, LLC ("CPM") and Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All-Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., Applied Risk Services, Inc., Applied Underwriters, Inc., California Insurance Company, and National Liability and Fire Insurance Company (collectively, "Berkshire Hathaway Defendants") stipulated to CPM's filing a Fourth Amended Complaint in this matter and this Honorable Court entered an order to that effect;

**WHEREAS**, on April 26, 2010, CPM's Fourth Amended Complaint in this matter was deemed filed by order of this Honorable Court;

**WHEREAS,** on May 26, 2010, Berkshire Hathaway Defendants filed a motion to dismiss the third and fourth claims for relief of CPM's Fourth Amended Complaint in the above-entitled action, as well as a motion to strike certain allegations made in the Fourth Amended Complaint (collectively the "Motions");

**WHEREAS,** the Motions are set for hearing on July 19, 2010;

**WHEREAS**, CPM's oppositions to the Motions are due to be served and filed on June 21, 2010 pursuant to the agreement of the Parties;

**WHEREAS**, while CPM believes its Fourth Amended Complaint is legally and factually sufficient, CPM has reviewed the Motions and believes that amending its complaint would address the issues raised in the Motions and eliminate the basis for the Motions;

**WHEREAS**, the Parties agree that CPM's Fifth Amended Complaint will not add any claims, parties or legal theories that were not set forth in its Fourth Amended Complaint;

**WHEREAS**, the Parties agree that CPM's Fifth Amended Complaint will not include as defendant parties California Insurance Company, Applied Risk Services, Inc., or Applied Underwriters, Inc., three defendants that were named in

1  CPM's Fourth Amended Complaint (the "Applied Defendants"), and that the
2  Applied Defendants paid no consideration, direct or indirect, to be removed as
3  Defendants from this civil action; and

4      **WHEREAS**, Berkshire Hathaway Defendants and CPM wish to conserve the
5  time and resources of this Honorable Court, as well as each other's time and
6  resources.

7  STIPULATION

8      Believing that good cause exists for the entry of the Proposed Order filed
9  herewith, IT IS HEREBY STIPULATED, by and between the Parties to this
10 Stipulation, through their respective undersigned counsel, that, subject to the
11 Court's approval:

12   1. Berkshire Hathaway Defendants' motion to dismiss and motion to strike,
13 filed May 26, 2010, shall be taken off calendar;

14   2. The July 19, 2010 hearing on Berkshire Hathaway Defendants' motion to
15 dismiss and motion to strike shall be taken off calendar;

16   3. CPM shall have until June 23, 2010 to serve and file its Fifth Amended
17 Complaint as to the Berkshire Hathaway Defendants, but excluding the Applied
18 Defendants;

19   4. The remaining Berkshire Hathaway Defendants shall have through and
20 including July 26, 2010 to serve and file a response to CPM's Fifth Amended
21 Complaint.

22 **IT IS SO STIPULATED.**

23 Dated: June 21, 2010                             ARENT FOX LLP

25                                                      By:  /s/
26                                               Terree A. Bowers
                                              Attorneys for Plaintiff
27                                               CALIFORNIA PHARMACY
                                              MANAGEMENT, LLC
28

| | |
|---|---|
| Dated: June 21, 2010 | LOCKE LORD BISSELL & LIDDELL LLP |
| | By:    /s/<br>Ronald D. Kurtz<br>Attorneys for Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All-Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., Applied Risk Services, Inc., Applied Underwriters, Inc., California Insurance Company, and National Liability and Fire Insurance Company |