1
2
3
4
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company, | Case No. SACV 09-0242 DOC (ANx) |
|---|---|
| Plaintiff, | *Consolidated with SAC 09-141 DOC (ANx)* |
| v. | ORDER GRANTING STIPULATION OF THE PARTIES TO THE FILING OF CALIFORNIA PHARMACY MANAGEMENT'S FIFTH AMENDED COMPAINT |
| ZENITH INSURANCE COMPANY, *et al.* | |
| Defendants. | |

ORDER REGARDING STIPULATION OF
THE PARTIES TO THE FILING OF CPM'S
FIFTH AMENDED COMPLAINT

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/290988.1

Having read and considered the Stipulation of Plaintiff California Pharmacy Management ("CPM") and Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All-Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., Applied Risk Services, Inc., Applied Underwriters, Inc., California Insurance Company, and National Liability and Fire Insurance Company (collectively, "Berkshire Hathaway Defendants") to the Filing of CPM's Fifth Amended Complaint as to certain of the Berkshire Hathaway Defendants, and good cause therefore appearing, it is hereby ORDERED as follows:

1. Berkshire Hathaway Defendants' motion to dismiss and motion to strike, filed on May 26, 2010, are hereby taken off calendar;
2. The July 19, 2010 hearing on Berkshire Hathaway Defendants' motion to dismiss and motion to strike is hereby taken off calendar.
3. CPM shall serve and file its Fifth Amended Complaint as to the Berkshire Hathaway Defendants, but excluding defendants California Insurance Company, Applied Risk Services, Inc., and Applied Underwriters, Inc., on or before June 23, 2010;
4. The remaining Berkshire Hathaway Defendants shall serve and file a response to CPM's Fifth Amended Complaint on or before July 26, 2010.

**IT IS SO ORDERED.**

Dated: June 22, 2010

_____
Honorable David O. Carter
United States District Judge