Name and address:

Jennifer Lynn Bougher
Arent Fox LLP
1675 Broadway
New York, New York 10019

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| California Pharmacy Management, LLC, a California Limited Liability Company | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV09-00242-DOC (ANx) |
| v. Zenith Insurance Company, a California Corporation; and ZNat Insurance Company, a California Corporation | |
| Defendant(s). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:  Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Jennifer Lynn Bougher, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant: California Pharmacy Management, LLC by whom I have been retained.

My business information is:
Arent Fox LLP
*Firm Name*
1675 Broadway
*Street Address*
New York, New York 10019          Bougher.Jennifer@arentfox.com
*City, State, Zip*                          *E-Mail Address*
212.457.5411                              212.484.3990
*Telephone Number*                    *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| United States Supreme Court | April 30, 2007 |
| U.S. Court of Appeals, Ninth Circuit | October 5, 2009 |
| U.S. Court of Appeals, Second Circuit | November 19, 2007 |
| (continued on the attached page) | (continued...) |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate  Terree A. Bowers, Esq.  as local counsel, whose business information is as follows:

Arent Fox LLP
*Firm Name*

555 West Fifth Street
*Street Address*

Los Angeles, California 90013-7400         bowers.terree@arentfox.com
*City, State, Zip*                          *E-Mail Address*

(213) 629-7400                              (213) 629-7401
*Telephone Number*                          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  July 7, 2010                         Jennifer Lynn Bougher
                                            *Applicant's Name (please print)*

                                            [signature]
                                            *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  7/7/10                               Terree A. Bowers
                                            *Designee's Name (please print)*

                                            [signature]
                                            *Designee's Signature*

                                            _____
                                            *Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

*(Continued from page 1)*

I am a member in good standing and eligible to practice before the following courts.

| Title of Court | Date of Admission |
| --- | --- |
| U.S. District Court, Southern District of New York | September 18, 2007 |
| U.S. District Court, Eastern District of New York | September 18, 2007 |
| U.S. District Court, District of New Jersey | November 27, 2003 |
| U.S. District Court, District of Columbia | October 5, 2009 |
| District of Columbia Bar | January 10, 2005 |
| New Jersey Bar | November 27, 2003 |
| New York Bar | June 7, 2004 |