# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Pharmacy Management, LLC, a California Limited Liability Company,<br><br>Plaintiff(s)<br><br>v.<br><br>Zenith Insurance Company, a California Corporation; and ZNAT Insurance Company, a California Corporation;<br><br>Defendant(s). | CASE NUMBER<br>SACV09-00242-DOC (ANx)<br>Consolidated with Case No: SACV09-00141-DOC (ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Jennifer Lynn Bougher__,
*Applicant's Name*

of __Arent Fox LLP/ 1675 Broadway, New York, New York 10019__
*Firm Name / Address*

__212.457.5411__                                            __Bougher.Jennifer@arentfox.com__
*Telephone Number*                                         *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   **Plaintiff**   ~~Defendant~~

__California Pharmacy Management, LLC__

and the designation of __Terree A. Bowers, Esq., SB 089334__
*Local Counsel Designee /State Bar Number*

of __Arent Fox LLP/ 555 West Fifth Street, Los Angeles, California 90013__
*Local Counsel Firm / Address*

__(213) 629-7400__                                          __bowers.terree@arentfox.com__
*Telephone Number*                                         *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  __X__   GRANTED

Dated  July 8, 2010                            /s/ David O. Carter

                                               U. S. District Judge

G-64 ORDER (01/08)   **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
NYC/493485.1