| | |
|---|---|
| 1 | Terree A. Bowers (SBN 89334) |
| | bowers.terree@arentfox.com |
| 2 | Matthew J. Kitson (SBN 254246) |
| | kitson.matthew@arentfox.com |
| 3 | ARENT FOX LLP |
| | 555 West Fifth Street, 48th Floor |
| 4 | Los Angeles, CA  90013-1065 |
| | Telephone:  213.629.7400 |
| 5 | Facsimile:   213.629.7401 |
| 6 | Donald G. Norris (SBN 90000) |
| | dnorris@norgallaw.com |
| 7 | NORRIS & GALANTER LLP |
| | 555 West Fifth Street, 31st Floor |
| 8 | Los Angeles, CA  90013 |
| | Telephone:  (213) 996-8465 |
| 9 | Facsimile:   (213) 996-8475 |
| 10 | Paul M. Kaplan (SBN 2408540) |
| | kaplan.paul@arentfox.com |
| 11 | ARENT FOX LLP |
| | 1675 Broadway |
| 12 | New York, NY 10019 |
| | Telephone:  212.492.3323 |
| 13 | Facsimile:   212.484.3990 |
| 14 | Attorneys for Plaintiff |
| | CALIFORNIA PHARMACY |
| 15 | MANAGEMENT, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, a California corporation; and ZNAT INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No.  SACV 09-0242 DOC (ANx)<br><br>(Consolidated with SAC 09-141 DOC (ANx))<br><br>Honorable David O. Carter<br><br>**CALIFORNIA PHARMACY MANAGEMENT, LLC'S NOTICE OF ERRATA WITH RESPECT TO ITS OPPOSITION TO ZENITH'S MOTION TO DISMISS**<br><br>Date:      August 23, 2010<br>Time:      8:30 a.m.<br>Place:     Courtroom 9-D<br>              (Santa Ana) |

TO THE COURT, COUNSEL AND ALL PARTIES:

Plaintiff California Pharmacy Management, LLC, by and through its attorney of record, Terree A. Bowers, hereby submits this Notice of Errata relating to its August 2, 2010 filing of Plaintiff's Opposition to Zenith's Motion to Dismiss (Docket No. 110) ("Opposition").

Plaintiff's Opposition inadvertently contained an incomplete cover page which did not identify all counsel. Attached as Exhibit A is a corrected cover page which contains a complete listing of counsel.

In all other respects, Plaintiff's Opposition is unchanged.

Dated: August 3, 2010                    ARENT FOX LLP

By: *[signature]*
Terree A. Bowers
Attorneys for Plaintiff
CALIFORNIA PHARMACY MANAGEMENT, LLC

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/308825.1

- 2 -

PLAINTIFF'S NOTICE OF ERRATA
SACV 09-0242 DOC (ANX)