Terree A. Bowers (SBN 89334)
bowers.terree@arentfox.com
Matthew J. Kitson (SBN 254246)
kitson.matthew@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Donald G. Norris (SBN 90000)
dnorris@norgallaw.com
NORRIS & GALANTER LLP
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (213) 996-8465
Facsimile: (213) 996-8475

Paul M. Kaplan (SBN 2408540)
kaplan.paul@arentfox.com
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone: 212.492.3323
Facsimile: 212.484.3990

Attorneys for Plaintiff
CALIFORNIA PHARMACY
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, a California corporation; and ZNAT INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No. SACV 09-0242 DOC (ANx)<br><br>(Consolidated with SAC 09-141 DOC (ANx))<br><br>Honorable David O. Carter<br><br>**CALIFORNIA PHARMACY MANAGEMENT, LLC'S UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO LATE-FILE OPPOSITION TO BERKSHIRE HATHAWAY'S MOTION TO DISMISS** |

Plaintiff California Pharmacy Management, LLC hereby moves the Court to grant it leave to late-file an opposition to the motion to dismiss filed by defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All-Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., and National Liability and Fire Insurance Company ("Berkshire Hathaway"). This motion is based on the accompanying Memorandum of Points and Authorities, the stipulation filed with the Court on July 29, 2010; the declaration of Matthew J. Kitson; and any such argument or evidence that may be presented at a hearing on this matter.

Dated: August 3, 2010

ARENT FOX LLP

By: _____
Terree A. Bowers
Attorneys for Plaintiff
CALIFORNIA PHARMACY
MANAGEMENT, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

In this unopposed motion, CPM seeks the Court's permission to late-file an opposition to Berkshire Hathaway's motion to dismiss certain claims in CPM's Fifth Amended Complaint. Ongoing settlement discussions between CPM and Berkshire Hathaway, CPM's efforts in preparing and filing oppositions to (1) Zenith's motion to dismiss certain claims in CPM's Fourth Amended Complaint, (2) Zenith's motion to strike certain allegations in CPM's Fourth Amended Complaint, and (3) Berkshire Hathaway's motion to strike certain allegations in CPM's Fifth Amended Complaint all contributed to CPM's failure to file its opposition timely. In addition, the parties to this case, including CPM and Berkshire Hathaway, previously filed a stipulation proposing a brief continuance of the hearing on the pending motions to strike and dismiss. To date, the Court has neither granted nor denied the relief sought in that stipulation.

### II. BACKGROUND

On June 14, 2010, the Court entered an Order that permitted CPM to file its Fourth Amended Complaint against Zenith, and CPM filed its Fourth Amended Complaint on June 21, 2010. The Order provided that Zenith would answer or otherwise respond to CPM's Fourth Amended Complaint on or before July 23, 2010. On July 13, 2010, Zenith filed a Motion to Dismiss certain claims in the Fourth Amended Complaint, along with a Motion to Strike certain allegations in the Fourth Amended Complaint. Those motions were set for hearing on August 23, 2010. Pursuant to Local Rule 7-9, CPM timely served and filed oppositions to Zenith's motions on August 2, 2010. Zenith's replies currently are due on August 9, 2010, pursuant to Local Rule 7-10.

On June 23, 2010, the Court entered an Order permitting CPM to file its Fifth Amended Complaint against Berkshire Hathaway, and CPM filed its Fifth Amended Complaint on June 23, 2010. The Order provided that Berkshire

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/309062.1

CPM'S UNOPPOSED MOTION FOR LEAVE
TO LATE-FILE
SACV 09-0242 DOC (ANx)

1  Hathaway would answer or otherwise respond to CPM's Fifth Amended Complaint
2  on or before July 26, 2010. On July 26, 2010, Berkshire Hathaway filed a Motion
3  to Dismiss certain claims in the Fifth Amended Complaint ("MTD"), along with a
4  Motion to Strike certain allegations in the Fifth Amended Complaint ("MTS"). The
5  hearing on those motions also was set for August 23, 2010. Pursuant to Local Rule
6  7-9, CPM's opposition to the MTD and MTS was due on August 2, 2010, and
7  pursuant to Local Rule 7-10, Berkshire Hathaway's reply is due on August 9, 2010.
8  On August 2, 2010, CPM timely filed an opposition to the MTS.[1] CPM's
9  opposition to the MTD still is outstanding.

Since Zenith's motions were served and filed on July 13, 2010, CPM has been working diligently to prepare oppositions to those lengthy and complicated motions. Additionally, CPM and Berkshire Hathaway have been involved in settlement negotiations in an effort to resolve this case, including a day-long meeting between representatives from CPM and Berkshire Hathaway that was conducted in San Francisco in July. The preparation for that settlement meeting required much of counsel's time. The timing of Berkshire Hathaway's motion afforded CPM only one week to prepare an opposition – the minimum time allowed under the Local Rules.

On July 29, 2010, in light of the approaching deadline, CPM, Zenith and Berkshire Hathaway stipulated, pending the Court's approval, that the pending motions to strike and dismiss be heard on September 13, 2010 (the "Stipulation"), allowing the parties additional time to brief the issues presented by the motions.[2] To date, the Court has not entered an Order pertaining to the Stipulation.

---

[1] CPM filed a consolidated opposition brief pertaining to the motions to strike filed by both Zenith and Berkshire Hathaway.

[2] A copy of the July 29, 2010 stipulation and proposed order are attached to the concurrently filed Declaration of Matthew J. Kitson.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/309062.1

- 2 -

CPM'S UNOPPOSED MOTION FOR LEAVE
TO LATE-FILE
SACV 09-0242 DOC (ANx)

III. **ARGUMENT**

    A. ***Ex Parte* Relief Is Warranted**

As the Court is aware, the hearing on the currently pending motions to dismiss and strike currently is set for August 23, 2010. Berkshire Hathaway's reply brief currently is due to be served and filed on August 9, 2010. CPM does not have the time necessary to have its request for leave to late-file its opposition heard pursuant to a regularly noticed motion.

    B. **The Instant Motion Is Unopposed And Will Not Prejudice The Parties**

Berkshire Hathaway already indicated its agreement to a brief extension by agreeing to the previously filed Stipulation. CPM has contacted Berkshire Hathaway with respect to CPM's motion for leave to late-file an opposition, and Berkshire Hathaway has indicated that they do not oppose CPM's request. *See* Declaration of Matthew J. Kitson ("Kitson Decl."), at ¶ 3. In order to avoid any possible prejudice to Berkshire Hathaway, CPM and Berkshire Hathaway have agreed, subject to the Court's approval, that Berkshire Hathaway have until August 11, 2010 to file its reply to CPM's opposition. *See* Kitson Decl., at ¶ 4.

In addition, Berkshire Hathaway already has seen the arguments CPM has made in its opposition to Zenith's motion to dismiss. The arguments CPM will make in its opposition to Berkshire Hathaway's motion to dismiss will be similar. Further, CPM proposes to file and electronically serve its opposition no later than on August 4, 2010, providing Berkshire Hathaway with ample time to prepare and file its reply. None of the parties will be prejudiced by the timing of CPM's opposition.

    C. **There Is A Strong Preference For Deciding Cases On Their Merits And District Courts Regularly Grant Leave To Late-File**

There exists a strong preference generally for cases to be decided on their merits, rather than on procedural mistakes by the parties. *See, e.g., Pena v. Seguros*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/309062.1

- 3 -

CPM'S UNOPPOSED MOTION FOR LEAVE TO LATE-FILE
SACV 09-0242 DOC (ANx)

1  *La Commercial, S.A.*, 770 F.2d 811, 814 (9th Cir. 1985). With that in mind, district
2  courts regularly grant leave for parties to late-file. *See, e.g., Dunmore v. County of
3  Placer*, No. CIV S-05-1806 LKK DAD PS, 2007 WL 1217591, at *3 (E.D. Cal.
4  April 24, 2007) (Court permitted Plaintiff to file late opposition to motion for
5  summary judgment at 9:49 p.m. the day prior to the hearing); *Campiglia v. Saxon
6  Mortgage Servs., Inc.*, No. C 09-01893 JF, 2010 WL 725560, at *1 (N.D. Cal. Mar.
7  1, 2010) (Court granted leave to late-file opposition to motion to dismiss). *See also
8  Beltran v. Mukasey*, 292 Fed. Appx. 585 (9th Cir. 2008); *Maldonado v. Keisler*, 251
9  Fed. Appx. 416 (9th Cir. 2007); *Mort v. Astrue*, No. 1:07-cv-01478-AW1-SMS,
10 2008 WL 2705181 (E.D. Cal. July 8, 2008); *Smithson v. Adams*, No. CIV 5 -01-
11 1373 GEB DAD P, 2007 WL 334005 at *12 (E.D. Cal. Jan. 31, 2007).

### D. **CPM Has Not Sought Leave To Late-File In This Case**

Throughout this case, CPM has been diligent in meeting the Court's deadlines. The instant motion is CPM's first request to late-file in this case.

## IV. **CONTACT INFORMATION FOR COUNSEL OF RECORD PURSUANT TO LOCAL RULE 7-19**

Counsel for Zenith:

Lary Alan Rappaport, Esq.
Proskauer
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 284-5658
Facsimile: (310) 557-2193
E-mail:    lrappaport@proskauer.com

Counsel for Berkshire Hathaway:

Ronald Kurtz, Esq.
Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 687-6794
Facsimile: (213) 341 6794
E-mail:    rkurtz@lockelord.com

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
LA/309062.1
- 4 -
CPM'S UNOPPOSED MOTION FOR LEAVE
TO LATE-FILE
SACV 09-0242 DOC (ANx)

## V. CONCLUSION

For the above reasons, CPM respectfully requests the Court grant its unopposed motion to late-file its opposition to Berkshire Hathaway's Motion to Dismiss, and enter an Order allowing CPM to file its opposition on August 4, 2010.

Dated: August 3, 2010

ARENT FOX LLP

By: _____
Terree A. Bowers
Attorneys for Plaintiff
CALIFORNIA PHARMACY MANAGEMENT, LLC

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/309062.1

- 5 -

CPM'S UNOPPOSED MOTION FOR LEAVE
TO LATE-FILE
SACV 09-0242 DOC (ANx)