UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, a California corporation; and ZNAT INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No. SACV 09-0242 DOC (ANx)<br><br>(Consolidated with SAC 09-141 DOC (ANx))<br><br>Honorable David O. Carter<br><br>**ORDER GRANTING CPM LEAVE TO LATE-FILE ITS OPPOSITION TO BERKSHIRE HATHAWAY'S MOTION TO DISMISS** |

# ORDER

The Court, having read and considered the *Ex Parte* Motion of Plaintiff California Pharmacy Management, LLC ("CPM") for leave to late-file its opposition to the motion to dismiss filed by Berkshire Hathaway, and good cause appearing, hereby ORDERS as follows:

1. CPM shall serve and file its opposition to Berkshire Hathaway's motion to dismiss on August 5, 2010.
2. Berkshire Hathaway shall serve and file its reply, if any, on August 11, 2010.

**IT IS SO ORDERED.**

**Dated:  August 5, 2010**

_____
Honorable David O. Carter
United States District Judge