LARY ALAN RAPPAPORT (SBN 87614)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel: (310) 557-2900 Fax: (310) 557-2193
lrappaport@proskauer.com

DEAN HANSELL (SBN 93831)
ELLA R. SERRANO (SBN: 228216)
DEWEY & LEBOEUF LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Tel: (213) 621-6000 Fax: (213) 621-6100
dhansell@dl.com; eserrano@dl.com

Attorneys for Defendants **ZENITH INSURANCE COMPANY** and **ZNAT INSURANCE COMPANY**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br>　v.<br>ZENITH INSURANCE COMPANY, a California corporation; and ZNAT INSURANCE COMPANY, a California corporation,<br><br>　　　　　Defendants. | Case No. SA CV 09-0242 DOC(ANx)<br>(Consolidated with<br>Case No. SAC 09-141 DOC (ANx)<br><br>**DECLARATION OF LARY ALAN RAPPAPORT IN REPLY TO PLAINTIFF CALIFORNIA PHARMACY MANAGEMENT'S OPPOSITION TO MOTION FOR AN ORDER STRIKING ALLEGATIONS OF THE FOURTH AMENDED COMPLAINT**<br><br>Date: August 23, 2010<br>Time: 8:30 a.m.<br>Place: Courtroom 9-D<br>　　　　(Santa Ana) |

1  I, Lary Alan Rappaport, declare that:

2  1.  I am an attorney licensed to practice law in the State of California, a member of the Bar of this Court, a partner in Proskauer Rose LLP, co-counsel of record for defendants Zenith Insurance Company and ZNAT Insurance Company herein, and one of the attorneys responsible for handling this matter.  I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently thereto.

2.  Attached and collectively marked as Exhibit 4 are true and correct copies of screen prints of the Case Summary, Parties and Attorneys and Docket (Register of Actions) for *California Pharmacy Management v. Workers' Compensation Appeals Board*, California Court of Appeal Second Appellate District Case No. B224762 concerning the petition for writ of review filed by plaintiff California Pharmacy Management, LLC's ("CPM") from the Board's decision in *Mendoza v. J. Buckbinder Indus., Inc.,* Case No. ADJ3069602 (April 15, 2010).

3.  As reflected in the Docket (Register of Actions): (i) CPM filed its petition for writ of review on June 1, 2010; and (ii) CPM's request for an immediate stay was denied by the Court of Appeal on June 4, 2010.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 9th day of August, 2010 at Los Angeles, California.


_____/s/_____
Lary Alan Rappaport

EXHIBIT 4

# CALIFORNIA APPELLATE COURTS
## Case Information



Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

## 2nd Appellate District

Change court

Court data last updated: 08/06/2010 08:05 AM

**Case Summary**   **Docket**   **Scheduled Actions**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Trial Court**

## Case Summary

| | |
|---|---|
| **Trial Court Case:** | ADJ1667729<br>ADJ3069602<br>LAO0865677<br>LAO882251 |
| **Court of Appeal Case:** | B224762 |
| **Division:** | 5 |
| **Case Caption:** | California Pharmacy Management v. Workers' Compensation Appeals Board |
| **Case Type:** | CV |
| **Filing Date:** | 06/01/2010 |
| **Oral Argument Date/Time:** | |

## Cross Referenced Cases

No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

© 2009 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
### Case Information



| Welcome | **2nd Appellate District** | Change court |

Search

Court data last updated: 08/06/2010 07:05 AM

E-mail

Calendar

Help

Opinions



c|c home

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Parties and Attorneys

California Pharmacy Management v. Workers' Compensation Appeals Board
Division 5
Case Number B224762

| Party | Attorney |
|---|---|
| California Pharmacy Management : Petitioner | Terree Allan Bowers<br>Arent Fox LLP<br>555 W. Fifth Street<br>48th Floor<br>Los Angeles, CA 90013<br><br>Matthew Jeremiah Kitson<br>Arent Fox LLP<br>555 West Fifth Street<br>48th Floor<br>Los Angeles, CA 90013<br><br>Donald G. Norris<br>Norris & Galanter, LLP<br>555 W. 5th Street<br>31st Floor<br>Los Angeles, CA 90013<br><br>M Francesca Hannan<br>P O Box 7062<br>Ventura, CA 93006 |
| Workers' Compensation Appeals Board : Respondent<br>P.O. Box 429459<br>San Francisco, CA 94142-9459 | Workers' Compensation Appeals Board<br>P.O. Box 429459<br>San Francisco, CA 94142-9459<br><br>Contact Name: Attn.: Writs |
| Mendoza, Ramon : Respondent | |
| Insurance Company of the West Group : Respondent | Steven Michael Rosenfeld<br>Tobin-Lucks<br>21300 Victory Blvd., 3rd Floor<br>P. O. Box 4502<br>Woodland Hills, CA 91365-4502 |

**Click here** to request automatic e-mail notifications about this case.

© 2009 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
### Case Information



**2nd Appellate District**  Change court

Court data last updated: 08/06/2010 07:05 AM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

**California Pharmacy Management v. Workers' Compensation Appeals Board**
**Division 5**
**Case Number B224762**

| Date | Description | Notes |
|---|---|---|
| 06/01/2010 | Petition for a writ of review filed (WCAB). | Immediate Stay Requested |
| 06/04/2010 | Order filed. | denying petitioner's request for stay of WCAB proceedings. |
| 06/21/2010 | Filed letter from W.C.A.B. waiving answer. | |
| 06/25/2010 | Answer to petition filed by: | resp Insurance Company of the West |
| 06/28/2010 | Note: | Record placed on Staff shelf this date. |
| 07/12/2010 | Reply filed to: | Answer to petition for writ of review |

**Click here** to request automatic e-mail notifications about this case.

© 2009 Judicial Council of California

