Peter Roan (137379)
proan@lockelord.com
Ronald D. Kurtz (195918)
rkurtz@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Tel:   213-485-1500
Fax:   213-485-1200

Attorneys for Defendants
Redwood Fire and Casualty Insurance Company,
Cypress Insurance Company, Oak River Insurance Company,
American All Risk Insurance Services, Inc., American
Commercial Claims Administrators, Inc. and National Liability and Fire
Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC., a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ZENITH INSURANCE COMPANY, a California corporation; and ZNAT INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No. SACV09-00242-DOC (ANx)<br>Consolidated with Case No. SACV 09-0141 DOC (ANx)<br><br>Honorable David O. Carter<br><br>**JOINDER IN REPLY FILED BY ZENITH IN SUPPORT OF MOTION TO STRIKE CERTAIN ALLEGATIONS OF FIFTH AMENDED COMPLAINT**<br><br>**Date:       August 23, 2010**<br>**Time:       8:30 a.m.**<br>**Place:      Courtroom 9-D**<br>**             (Santa Ana)** |

## JOINDER IN REPLY FILED BY ZENITH

Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc. and National Liability and Fire Insurance Company hereby adopt and incorporate by reference the Reply filed by defendants Zenith Insurance Company and ZNAT Insurance Company on August 9, 2010 in support of their motion for an order striking allegations in the Fourth Amended Complaint in that consolidated action. Defendants adopt and incorporate Zenith's Reply because the challenged allegations in the Fifth Amended Complaint in the instant action are identical to the allegations addressed in Zenith's memorandum, and the legal grounds for striking the allegations are the same in both of these consolidated actions.

Dated: August 9, 2010     LOCKE LORD BISSELL & LIDDELL LLP


By: /s/ Ronald D. Kurtz

Peter Roan
Ronald D. Kurtz
Attorneys for Defendants
Redwood Fire and Casualty Insurance Company; Cypress Insurance Company; Oak River Insurance Company; American All Risk Insurance Services, Inc.; American Commercial Claims Administrators, Inc. and National Liability and Fire Insurance Company

## CERTIFICATE OF SERVICE

I, Ronald D. Kurtz, an attorney, do hereby certify that on August 9, 2010, I caused the foregoing to be served through the Court's Case Management/ Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.

Dated: August 9, 2010        By:   /s/ Ronald D. Kurtz\_\_\_\_\_
                                      Ronald D. Kurtz