# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV090-0242-DOC(ANx)                                   Date   August 19, 2010

Title   CALIFORNIA PHARMACY MANAGEMENT LLC -V- ZENITH INSURANCE COMPANY, ET AL

| Present: The Honorable | DAVID O. CARTER, U.S. District Judge | |
|---|---|---|
| Kathy Peterson | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

Proceedings:    (IN CHAMBERS)    ORDER CONTINUING MOTIONS HEARING DATE

    Court Orders hearing on the following motions, presently set August 23, 2010 at 10:00 a.m., **CONTINUED** to **August 30, 2010 at 8:30 a.m.** :

1. Motion by Defendants Zenith Insurance Company and Znat Insurance Company to Dismiss the Fourth Amended Complaint's Third and Fourth Claims for Relief [103];

2. Motion by Defendants Zenith Insurance Company and Znat Insurance Company to Strike Allegations of the Fourth Amended Complaint [105];

3. Motion by Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All Risk Insurance Service, Inc., American Commercial Claims Administrator, Inc. and National Liability and Fire Insurance Company to Dismiss the Third and Fourth Claims for Relief in the Fifth Amended Complaint [107];

4. Motion by Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All Risk Insurance Service, Inc., American Commercial Claims Administrator, Inc. and National Liability and Fire Insurance Company for an Order Striking Allegations of the Fifth Amended Complaint [108];

5. Motion by Plaintiff to Withdraw its Opposition Filed on August 4, 2010 and Substitute the Opposition Attached as Exhibit a [117].

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                                              :   00

                                                            Initials of Preparer   kp