1   Terree A. Bowers, SB 089334
    Bowers.terree@arentfox.com
2   ARENT FOX LLP
    555 West Fifth Street, 48th Floor
3   Los Angeles, California  90013
    Telephone:  (213) 443-7573
4   Facsimile:  (213) 629-7401

5   Donald G. Norris, SB 90000
    dnorris@norgallaw.com
6   NORRIS & GALANTER LLP
    555 West Fifth Street, 31st Floor
7   Los Angeles, California  90013
    Telephone:  (213) 996-8465
8   Facsimile:  (213) 996-8475

9   Attorneys for Plaintiff
    California Pharmacy Management, LLC
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  CALIFORNIA PHARMACY              )  Case No. SACV 09-0242 DOC (ANx)
    MANAGEMENT, LLC, a California    )
15  limited liability company,       )  (Consolidated with former case no. SACV
                                     )  09-0141)
16          Plaintiff,               )
                                     )  STIPULATION TO CONTINUE
17       vs.                         )  DISCOVERY AND MOTION CUT-OFF
                                     )  DATES
18  ZENITH INSURANCE COMPANY, etc.,  )
    et al.,                          )
19                                   )  Trial date:  January 24, 2011
            Defendants.              )
20  _____      )
                                     )
21                                   )
    CALIFORNIA PHARMACY              )
22  MANAGEMENT, LLC, a California    )
    limited liability company,       )
23                                   )
         vs.                         )
24                                   )
    REDWOOD FIRE AND CASUALTY        )
25  INSURANCE COMPANY, etc., et al., )
                                     )
26          Defendants.              )
                                     )
27  _____      )

28
    _____

    STIPULATION TO CONTINUE DISCOVERY CUTOFF DATE AND MOTION CUTOFF DATES

1    IT IS HEREBY STIPULATED, by and between plaintiff CALIFORNIA

2  PHARMACY MANAGEMENT, LLC ("CPM") and defendants REDWOOD FIRE

3  AND CASUALTY INSURANCE COMPANY, CYPRESS INSURANCE COMPANY,

4  OAK RIVER INSURANCE COMPANY, AMERICAN ALL RISK INSURANCE

5  SERVICES, INC., AMERICAN COMMERCIAL CLAIMS ADMINISTRATORS,

6  INC., and NATIONAL LIABILITY AND FIRE INSURANCE COMPANY (the

7  "Defendants"), and defendants ZENITH INSURANCE COMPANY and ZNAT

8  INSURANCE COMPANY (the "Zenith Defendants"), through their undersigned

9  counsel of record, that:

10         1.    The November 4, 2010 discovery cut-off date shall be extended 30 days to

11               December 4, 2010; and

12         2.    The December 3, 2010 motion cut-off date shall be extended 10 days to

13               December 13, 2010.

14    This stipulation is entered into with reference to the following facts:

15         1.    CPM and the Zenith Defendants have reached a settlement in principle and

16  are in the process of documenting that settlement.  It makes little sense for these parties

17  to conduct deposition discovery directed at the other parties pending finalization of the

18  settlement.

19         2.    The court has not yet ruled on the Defendants' pending motion to dismiss

20  CPM's antitrust claims. It is difficult for the parties to complete discovery when they do

21  not yet know what claims remain in the case.

22         3.    The Defendants have filed a motion for protective order for relief from the

23  requirements of the California Workers Compensation Insurance Fraud Reporting Act,

24  Cal. Ins. Code §§ 1877-1877.5 (which makes it a misdemeanor to provide information

25  contrary to the terms of the that Act absent a court order) to permit the release of

26  information covered by the Act to CPM.  That motion is set to be heard by this Court on

27  November 8, 2010.  Until the Court rules on that matter the parties cannot timely

28  complete discovery.

1       4.    The Court's ruling on the motion to dismiss the antitrust claims materially

2   affects what expert disclosures the parties may be required to make.

3       5.    Extending the dates for completing discovery and motion practice will

4   better enable CPM and the Defendants to complete mediation.

5       6.    This is a complex case involving RICO (and potentially antitrust claims).

6   Good cause exists to grant the requested relief.

7                            Respectfully submitted,

8   Dated:  October 18, 2010        ARENT FOX LLP
                             Terree A. Bowers

9    

10                           NORRIS & GALANTER LLP
                             Donald G. Norris

11   

12                           By
                                Donald G. Norris

13                              Attorneys for Plaintiff
                                California Pharmacy Management, LLC

14   

15  Dated:  October __, 2010     LOCKE LORD BISSELL & LIDDELL LLP
                             Peter Roan

16                           Ronald D. Kurtz

17   

18                           By   /s/  Ronald D. Kurtz
                                Ronald D. Kurtz

19                              Attorneys for Defendants
                                Redwood Fire And Casualty Insurance

20                              Company, Cypress Insurance Company,
                                Oak River Insurance Company, American

21                              All Risk Insurance Services, Inc.,
                                and National Liability and Fire Insurance

22                              Company

23  Dated:  October __, 2010     PROSKAUER ROSE LLP
                             Lary Alan Rappaport

24                           DEWEY & LEBOEUF LLP
                             Dean Hansell

25   

26                           By   /s/ Lary Alan Rappaport
                                Lary Alan Rappaport

27                              Attorneys for Zenith Insurance
                                Company and ZNAT Insurance

28                              Company

STIPULATION TO CONTINUE DISCOVERY CUTOFF DATE AND MOTION CUTOFF DATES