Terree A. Bowers (SBN 89334)
bowers.terree@arentfox.com
Matthew J. Kitson (SBN 254246)
kitson.matthew@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Donald G. Norris, Bar No. 90000
dnorris@norgallaw.com
NORRIS & GALANTER LLP
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (213) 996-8465
Facsimile: (213) 996-8475

Attorneys for Plaintiff
CALIFORNIA PHARMACY
MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, et al.<br><br>Defendants. | Case No. SACV 09-0242 DOC (ANx)<br><br>(Consolidated with SAC 09-141 DOC (ANx))<br><br>Honorable David O. Carter<br><br>**STIPULATION CONTINUING HEARING DATE ON BERKSHIRE HATHAWAY DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT**<br><br>**CURRENT HEARING DATE:** November 29, 2010<br><br>**PROPOSED HEARING DATE:** December 6, 2010 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/355551.1
LA/355561.1
LA/355580.1

STIPULATION OF THE PARTIES CONTINUING HEARING DATE ON MOTION FOR SUMMARY JUDGMENT

## GOOD CAUSE STATEMENT

**WHEREAS,** on November 1, 2010, the Defendants[1] filed a Motion for Summary Judgment in this matter (the "MSJ");

**WHEREAS,** the MSJ currently is set for hearing before this Honorable Court on November 29, 2010, at 8:30 a.m.;

**WHEREAS,** under Local Rule 7-9, CPM's opposition to the MSJ is due to be served and filed on November 8, 2010, which gives plaintiff only a week from service to prepare its opposition papers;

**WHEREAS,** under Local Rule 7-10, Defendants' reply is due to be served and filed on November 15, 2010;

**WHEREAS,** CPM's lead counsel, Terree Bowers, was hospitalized from October 14 to October 26 and continues to require extensive and time-consuming medical treatment for a serious medical condition;

**WHEREAS,** because counsel for CPM has expended and will continue to expend this week considerable time preparing for two depositions of plaintiff's personnel scheduled to occur November 4 and November 5, including the Rule 30(b)(6) deposition of CPM, and attending the same, the time available to plaintiff's counsel to work on opposition papers to the summary judgment motion is considerably reduced;

**WHEREAS,** the Parties believe more complete and informative briefing could be provided to this Honorable Court by rescheduling the hearing for December 6, 2010 and adjusting the briefing schedule accordingly.

---

[1] Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All-Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., National Liability and Fire Insurance Company and Berkshire Hathaway Homestate Companies are collectively referred to as the "Defendants."

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/355551.1
LA/355561.1
LA/355580.1

- 2 -

STIPULATION OF THE PARTIES CONTINUING HEARING DATE ON MOTION FOR SUMMARY JUDGMENT

## STIPULATION

Believing that good cause exists for the entry of the Proposed Order filed herewith, IT IS HEREBY STIPULATED, by and between the Parties to this Stipulation, through their respective undersigned counsel, that, subject to the Court's approval:

1. The hearing on the MSJ currently set for November 29, 2010 be rescheduled to December 6, 2010, at 8:30 a.m.;

2. CPM shall serve and file its opposition to the MSJ on or before November 15, 2010;

3. Berkshire Hathaway Defendants shall serve and file its reply on or before November 22, 2010;

4. The motion cut-off date in this matter, presently Friday, December 3, 2010, shall be extended to and including Monday, December 6, 2010, for the limited and exclusive purpose of allowing the hearing of the MSJ on Monday, December 6, 2010.

5. Should the Court not enter by 5:00 p.m. on Monday, November 8, 2010, the Proposed Order filed with this Stipulation or other Order providing the relief specified in paragraphs 1 through 4 immediately above, the current hearing date of November 29, 2010, and current briefing schedule (Opposition due November 8, 2010 and Reply due November 15, 2010) shall remain in full force and effect.

//
//
//
//
//
//
//

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/355551.1
LA/355561.1
LA/355580.1

- 3 -

STIPULATION OF THE PARTIES CONTINUING HEARING DATE ON MOTION FOR SUMMARY JUDGMENT

**IT IS SO STIPULATED.**

Dated: November 3, 2010

ARENT FOX LLP

By: /s/
Matthew J. Kitson
Attorneys for Plaintiff
CALIFORNIA PHARMACY MANAGEMENT, LLC

Dated: November 3, 2010

LOCKE LORD BISSELL & LIDDELL LLP

By: /s/
Ronald D. Kurtz
Attorneys for Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All-Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., National Liability and Fire Insurance Company and Berkshire Hathaway Homestate Companies

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/355551.1
LA/355561.1
LA/355580.1

- 4 -

STIPULATION OF THE PARTIES CONTINUING HEARING DATE ON MOTION FOR SUMMARY JUDGMENT