UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZENITH INSURANCE COMPANY, *et al.*<br><br>　　　　　Defendants. | Case No.  SACV 09-0242 DOC (ANx)<br><br>(Consolidated with SAC 09-141 DOC (ANx))<br><br>Honorable David O. Carter<br><br>**ORDER GRANTING THE STIPULATION OF THE PARTIES REGARDING DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT**<br><br>**Current Hearing Date: November 29, 2010**<br><br>**Proposed Hearing Date: December 6, 2010** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/306242.1
LA/355552.1
LA/355582.1

# **ORDER**

Having read and considered the Parties' Stipulation regarding Defendants' pending motion for summary judgment ("MSJ"), and good cause therefor appearing, it is hereby ORDERED as follows:

1. The hearing date of November 29, 2010 for the MSJ is hereby rescheduled to December 6, 2010, at 8:30 a.m.;
2. CPM shall serve and file its opposition to the MSJ on or before November 15, 2010;
3. Defendants shall serve and file their reply to CPM's opposition on or before November 22, 2010; and
4. The motion cut-off date in this matter, presently Friday, December 3, 2010, shall be extended to and including Monday, December 6, 2010, for the limited and exclusive purpose of allowing the hearing of the MSJ on Monday, December 6, 2010.

**IT IS SO ORDERED.**

Dated: November 4, 2010

_David O. Carter_
Honorable David O. Carter
United States District Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/306242.1
LA/355552.1
LA/355582.1

- 2 -

ORDER GRANTING THE STIPULATION OF THE PARTIES REGARDING DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT