1  Terree A. Bowers, SB 089334
   Bowers.terree@arentfox.com
2  ARENT FOX LLP
   555 West Fifth Street, 48th Floor
3  Los Angeles, California 90013
   Telephone: (213) 443-7573
4  Facsimile: (213) 629-7401

5  Donald G. Norris, SB 90000
   dnorris@norgallaw.com
6  NORRIS & GALANTER LLP
   555 West Fifth Street, 31st Floor
7  Los Angeles, California 90013
   Telephone: (213) 996-8465
8  Facsimile: (213) 996-8475

9  Attorneys for Plaintiff
   California Pharmacy Management, LLC
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>ZENITH INSURANCE COMPANY, *etc.*, *et al.*,<br><br>    Defendants. | Case No. SACV 09-0242 DOC (ANx)<br><br>(Consolidated with former case no. SACV 09-0141)<br><br>STIPULATION TO DISMISS DEFENDANTS ZENITH INSURANCE COMPANY AND ZNAT INSURANCE COMPANY [FED.R.CIV.P. 41]<br><br>Trial date: January 24, 2011 |
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>vs.<br><br>REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, *etc.*, *et al.*,<br><br>    Defendants. | |

STIPULATION TO DISMISS DEFENDANTS ZENITH INSURANCE COMPANY AND ZNAT INSURANCE COMPANY

1  IT IS HEREBY STIPULATED, by and between plaintiff CALIFORNIA
2  PHARMACY MANAGEMENT, LLC and defendants ZENITH INSURANCE
3  COMPANY and ZNAT INSURANCE COMPANY, through their undersigned counsel
4  of record, that ZENITH INSURANCE COMPANY and ZNAT INSURANCE
5  COMPANY, and no other defendants, shall be and hereby are dismissed with prejudice,
6  each party to bear its own costs and attorneys' fees.

7

8  Dated: November 8, 2010          ARENT FOX LLP
                                    Terree A. Bowers
9
                                    NORRIS & GALANTER LLP
10                                  Donald G. Norris

11                                  By _____
12                                      Donald G. Norris
                                        Attorneys for Plaintiff
13                                      California Pharmacy Management, LLC

14

15 Dated: November 8, 2010          PROSKAUER ROSE LLP
                                    Lary Alan Rappaport
16
                                    DEWEY & LEBOEUF LLP
17                                  Dean Hansell

18
                                    By _____
19                                      Lary Alan Rappaport
                                        Attorneys for Zenith Insurance
20                                      Company and ZNAT Insurance Company

21
22
23
24
25
26
27
28

---

2

STIPULATION TO DISMISS DEFENDANTS ZENITH INSURANCE COMPANY AND ZNAT INSURANCE COMPANY