LOCKE LORD BISSELL & LIDDELL LLP
Peter Roan (137379)
proan@lockelord.com
Ronald D. Kurtz (195918)
rkurtz@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Tel:    213-485-1500
Fax:   213-485-1200

Attorneys for Defendants
Redwood Fire and Casualty Insurance Company,
Cypress Insurance Company, Oak River Insurance Company,
American All Risk Insurance Services, Inc., American
Commercial Claims Administrators, Inc.,
National Liability and Fire Insurance Company, and
Berkshire Hathaway Homestate Companies

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| CALIFORNIA PHARMACY MANAGEMENT, LLC., a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ZENITH INSURANCE COMPANY, a California corporation; and ZNAT INSURANCE COMPANY, a California corporation,<br><br>Defendants. | Case No. SACV09-00242-DOC (ANx)<br>Consolidated w/ SACV 09-0141 DOC (ANx)<br>Honorable David O. Carter<br><br>**[DISCOVERY MOTION SUBMITTED TO MAGISTRATE JUDGE ARTHUR NAKAZATO]**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S 10/19/10 DISCOVERY ORDER**<br><br>[Filed concurrently with Joint Stipulation; Declaration of Ronald D. Kurtz]<br><br>Date: December 2, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 6-B |

1

| | |
|---|---|
| AND CONSOLIDATED ACTION. | Discovery Cutoff: November 4, 2010<br>Pretrial Conference: January 10, 2011<br>Trial: January 24, 2011 |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 2, 2010 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 6B of the above-entitled court located at 411 West Fourth Street, Santa Ana, CA, Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., National Liability and Fire Insurance Company and Berkshire Hathaway Homestate Companies ("Defendants") will, and hereby do, move this Court for an Order for Sanctions as follows:

(1) striking CPM's complaint without leave to amend under FRCP 37(b)(2)(A)(iii);

(2) dismissing CPM's entire action with prejudice under FRCP 37(b)(2)(A)(v);

(3) prohibiting CPM from introducing evidence supporting its claims under FRCP 37(b)(2)(A)(ii); and

(4) awarding Defendants' expenses under FRCP 37(b)(2)(C).

This motion to compel is and will be based on the Joint Stipulation of both parties, the Declaration of Ronald D. Kurtz and exhibits attached thereto, the pleadings and papers on file herein, and upon such further argument and authorities as the Court may request or permit to be presented in connection with this matter. This

///

///

motion is made following the conference of counsel pursuant to Local Rules 7-3 and 37-1, which took place on October 28, 2010.

Dated: November 9, 2010        LOCKE LORD BISSELL & LIDDELL LLP

By: /s/ Ronald D. Kurtz
Peter Roan
Ronald D. Kurtz
Attorneys for Defendants, Redwood Fire and Casualty Insurance Company; Cypress Insurance Company; Oak River Insurance Company; American All Risk Insurance Services, Inc.; American Commercial Claims Administrators, Inc.; National Liability And Fire Insurance Company; and Berkshire Hathaway Homestate Companies

# CERTIFICATE OF SERVICE

I, Ronald D. Kurtz, an attorney, do hereby certify that on November 9, 2010, I caused the foregoing to be served through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.

Dated: November 9, 2010          By:   /s/ Ronald D. Kurtz
                                       Ronald D. Kurtz

LA 659054