LOCKE LORD BISSELL & LIDDELL LLP
Peter Roan (137379)
proan@lockelord.com
Ronald D. Kurtz (195918)
rkurtz@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Tel:   213-485-1500
Fax:   213-485-1200

Attorneys for Defendants
Redwood Fire and Casualty Insurance Company,
Cypress Insurance Company, Oak River Insurance
Company, American All Risk Insurance Services, Inc.,
American Commercial Claims Administrators, Inc.,
National Liability and Fire Insurance Company and
Berkshire Hathaway Homestate Companies

*Locke Lord Bissell & Liddell LLP*
*300 South Grand Avenue, Suite 2600*
*Los Angeles, CA, 90071-3119*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC., a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ZENITH INSURANCE COMPANY, a California corporation; and ZNAT INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>_____<br><br>AND CONSOLIDATED ACTION. | Case No. SACV09-00242-DOC (ANx)<br>Consolidated with Case No. SACV 09-0141 DOC (ANx)<br><br>Honorable David O. Carter<br><br>**DECLARATION OF RONALD D. KURTZ IN SUPPORT OF MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S OCTOBER 19, 2010 DISCOVERY ORDER**<br><br>Date:      December 2, 2010<br>Time:     10:00 a.m.<br>Place:     Courtroom 6-B<br>              (Santa Ana)<br><br>[Filed concurrently with Notice of Motion and Motion for Sanctions; Joint Stipulation] |

1   Defendants Redwood Fire and Casualty Insurance Company, Cypress

2   Insurance Company, Oak River Insurance Company, American All Risk Insurance

3   Services, Inc., American Commercial Claims Administrators, Inc., National

4   Liability and Fire Insurance Company, and Berkshire Hathaway Homestate

5   Companies ("Defendants") submits the following Declaration of Ronald Kurtz in

6   support of their Motion For Sanctions For Plaintiff's Failure To Comply With The

7   Court's October 19, 2010 Discovery Order.

8   ///

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

## DECLARATION OF RONALD D. KURTZ

I, RONALD D. KURTZ, declare:

1.      I am an attorney at law, duly licensed to practice before all the courts of the State of California.  I am a partner with the law firm of Locke Lord Bissell & Liddell LLP, counsel of record for Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., National Liability and Fire Insurance Company, and Berkshire Hathaway Homestate Companies ("Defendants") in this matter.  I have personal knowledge of the facts set forth herein and if called as a witness herein, I could and would competently testify as set forth below.  I submit this declaration in support of Defendants' Motion For Sanctions For Plaintiff's Failure To Comply With The Court's October 19, 2010 Discovery Order.

2.      Attached hereto as Exhibit "A" is a true and correct copy of the Court's October 19, 2010 Order granting Defendants' motion to compel.

3.      Attached hereto as Exhibit "B" is a true and correct copy of California Pharmacy Management, LLC's motion for review of the Court's Order of October 29, 2010, together with the concurrently filed declarations of Matthew Kitson and Terree Bowers.

4.      Attached hereto as Exhibit "C" is a true and correct copy of the form joint stipulation I retrieved and printed today from the Central District's website at www.cacd.uscourts.gov.  I located the form by clicking on "Judges' Procedures and Schedules," and then clicking on "Hon. Arthur Nakazato."  Item 3 on Judge Nakazato's page states that "Parties are directed to review and follow the form and substance of the sample Local Rule 37-1. Letter, Joint Stipulation, and Notice of Motion are available for download below."  I located the form joint stipulation at the bottom of the page.

/ / /

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

DECLARATION OF RONALD D. KURTZ IN SUPPORT OF MOTION FOR SANCTIONS
*California Pharmacy v Zenith Insurance Company, et al. - SACV09-00242-DOC (ANx)*

5.      Attached hereto as Exhibit "D" is a true and correct copy of CPM's Fifth Amended Complaint.

6.      Attached hereto as Exhibit "E" is a true and correct copy of the Transcript of Proceedings before Hon David O. Carter, August 30, 2010.

I declare under penalty of perjury under the laws of the state of California and of the United States of America that the foregoing is true and correct. Executed this 9th day of November, 2010 at Los Angeles, California.

Dated:  November 9, 2010          /s/ Ronald Kurtz
                                   Ronald Kurtz

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

DECLARATION OF RONALD D. KURTZ IN SUPPORT OF MOTION FOR SANCTIONS
*California Pharmacy v Zenith Insurance Company, et al. - SACV09-00242-DOC (ANx)*