Terree A. Bowers (SBN 89334)
bowers.terree@arentfox.com
Matthew J. Kitson (SBN 254246)
kitson.matthew@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Donald G. Norris (SBN 90000)
dnorris@norgallaw.com
NORRIS & GALANTER LLP
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (213) 996-8465
Facsimile: (213) 996-8475

Attorneys for Plaintiff
CALIFORNIA PHARMACY
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, a California corporation; and ZNAT INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No. SACV 09-0242 DOC (ANx)<br><br>(Consolidated with SAC 09-141 DOC (ANx))<br><br>Honorable David O. Carter<br><br>**[DISCOVERY MOTION: ASSIGNED TO MAGISTRATE JUDGE ARTHUR NAKAZATO]**<br><br>**CPM'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION ATTENDANCE AND FOR SANCTIONS FOR FAILURE FOR DEFENDANT'S EMPLOYEES TO APPEAR AT PROPERLY NOTICED DEPOSITIONS**<br><br>[Filed concurrently with Joint Stipulation; Declaration of Matthew J. Kitson]<br><br>Date: December 2, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 6-B |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 2, 2010 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 6B of the above-entitled court, which is located at 411 West Fourth Street, Santa Ana, CA, Plaintiff California Pharmacy Management LLC will, and hereby does, move this Court for an Order (1) compelling Defendants Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., National Liability and Fire Insurance Company and Berkshire Hathaway Homestate Companies (collectively, "Defendants") and its officers, directors, managing agents, and employees to appear for properly noticed depositions; and (2) imposing sanctions against Defendants under Federal Rule of Civil Procedure 37(d)(3).

This motion to compel is and will be based on the Joint Stipulation of both parties, the Declaration of Matthew J. Kitson and its exhibits, the pleadings, files and records on file or in the Court's records in this action, and upon such further argument and evidence and the Court may request or permit to be presented in connection with this matter. This motion is made following the conference of counsel pursuant to Local Rules 7-3 and 37-1, which took place on October 28, 2010.

Dated: November 9, 2010

ARENT FOX LLP

By: /s/
Matthew J. Kitson
Attorneys for Plaintiff
CALIFORNIA PHARMACY MANAGEMENT, LLC