Terree A. Bowers (SBN 089334)
bowers.teree@arentfox.com
Matthew J. Kitson (SBN 254246)
kitson.matthew@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Donald G. Norris (SBN 90000)
dnorris@norgallaw.com
NORRIS & GALANTER LLP
555 West Fifth Street, 30th Floor
Los Angeles, California 90013
Telephone: 213.996.8465
Facsimile: 213.996.8475

Attorneys for Plaintiff
California Pharmacy Management, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHARMACY MANAGEMENT, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, a Nebraska corporation; CYPRESS INSURANCE COMPANY, a California corporation; OAK RIVER INSURANCE COMPANY, a Nebraska corporation; AMERICAN ALL RISK INSURANCE SERVICES, INC., a California corporation; AMERICAN COMMERCIAL CLAIMS ADMINISTRATORS, INC., a California corporation; NATIONAL LIABILITY AND FIRE INSURANCE COMPANY, a Connecticut corporation; and BERKSHIRE HATHAWAY HOMESTATE COMPANIES, an unincorporated association,<br><br>  Defendants. | Case No. SACV 09-0242 DOC (ANx)<br><br>(Consolidated with SAC 09-141 DOC (ANx))<br><br>JOINT NOTICE OF SETTLEMENT AMONG PLAINTIFF CALIFORNIA PHARMACY MANAGEMENT, LLC AND DEFENDANTS REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, CYPRESS INSURANCE COMPANY, OAK RIVER INSURANCE COMPANY, AMERICAN ALL-RISK INSURANCE SERVICES, INC., AMERICAN COMMERCIAL CLAIMS ADMINISTRATORS, INC., NATIONAL LIABILITY AND FIRE INSURANCE COMPANY, AND BERKSHIRE HATHAWAY HOMESTATE COMPANIES; JOINT REQUEST TO TAKE PENDING MOTIONS OFF-CALENDAR<br><br>Date: January 3, 2011<br>Time: 8:30 a.m.<br>Location: Courtroom 9D<br>(Santa Ana) |

- 1 -

1   TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE PARTIES
2   HERETO, AND THEIR RESPECTIVE COUNSEL:
3   PLEASE TAKE NOTICE THAT Plaintiff California Pharmacy
4   Management, LLC ("CPM") has reached a settlement in principal with Defendants
5   Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak
6   River Insurance Company, American All-Risk Insurance Services, Inc., American
7   Commercial Claims Administrators, Inc., National Liability and Fire Insurance
8   Company, and Berkshire Hathaway Homestate Companies (collectively, "Berkshire
9   Hathaway").  CPM and Berkshire Hathaway are drafting a formal settlement
10  agreement which they expect to have finalized and executed by January 31, 2011.
11  As soon as the settlement agreement is fully executed, CPM and Berkshire
12  Hathaway will file a stipulation and proposed order requesting that the claims
13  against Berkshire Hathaway be dismissed in their entirety and with prejudice.
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

In the interim, it is requested that all pending motions, including (1) CPM's Rule 72 Appeal of the Magistrate Judge's October 19 Order (Docket No. 139); (2) CPM's Motion for Reconsideration (Docket No. 170); (3) Berkshire Hathaway's Motion for Summary Judgment (Docket No. 140); and (4) Berkshire Hathaway's Motion for Sanctions (Docket No. 176), be taken off-calendar.

Dated: December 30, 2010

Respectfully submitted,

ARENT FOX LLP
Terree A. Bowers
Matthew J. Kitson

NORRIS & GALANTER LLP
Donald G. Norris

By:     /s/
Terree A. Bowers
Attorneys for Plaintiff
California Pharmacy Management, LLC

Dated: December 30, 2010

LOCKE LORD BISSELL & LIDDELL LLP

By:     /s/
Ronald D. Kurtz
Attorneys for Defendants
Redwood Fire and Casualty Insurance Company, Cypress Insurance Company, Oak River Insurance Company, American All-Risk Insurance Services, Inc., American Commercial Claims Administrators, Inc., Applied Risk Services, Inc., Applied Underwriters, Inc., California Insurance Company, and National Liability and Fire Insurance Company